IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3031 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TERRY L. SCHWARCK, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's appointed counsel, Michael Hansen, has moved to withdraw due to the existence of a direct conflict with his continued representation of the defendant in this case. (Filing No. 37).

IT IS ORDERED:

(1) The motion to appoint new counsel, (filing no. 37), is granted. The clerk shall delete Michael Hansen and the Federal Public Defender's Office from any future ECF notifications herein.

(2) The clerk shall forward this memorandum and order to the Federal Public Defender.

(3) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

(4) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

DATED this 9th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge