IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3031 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TERRY L. SCHWARCK, | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the initial Pretrial Services Report, (filing no. 7); the substance abuse evaluation performed by First Step, (filing no. 16); and the discharge summary from Cornhusker Place, (filing no. 30-1):

IT IS ORDERED that the defendant's motion for release to NOVA, (filing no. 43), is denied.

DATED this 31st day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge