IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3031 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| TERRY L. SCHWARCK, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's objection (filing no. 146) to the plaintiff's notice of intent to destroy exhibits (filing no. 145) is denied.

Dated May 22, 2017.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge