IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY L. SCHWARCK,<br><br>Defendant. | **4:11CR3031**<br><br><br>**ORDER** |

IT IS ORDERED that:

(1)     The Federal Public Defender or his designee is appointed to represent Defendant Schwarck on his compassionate release motion (Filing 148) and related filings.

(2)     The progression order (Filing 149) remains in effect.

(3)     Defendant Schwarck's Motion for Leave to Amend (Filing 150) is granted. The defendant's Addendum will be considered.

(4)     The Clerk of Court shall provide a copy of this order to Federal Public Defender David R. Stickman, Assistant United States Attorney Sara E. Fullerton, and Supervising United States Probation Officer Aaron Kurtenbach.

Dated this 28th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge