IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TERRY L. SCHWARCK,<br><br>　　　　　　Defendant. | 4:11CR3031<br><br>ORDER |

　　　Mr. Schwarck has filed a pro se motion for leave for extension of time to file a motion for reduction of sentence (Filing 153). Because Mr. Schwarck has counsel, I will deny the motion.

　　　IT IS THEREFORE ORDERED that the motion (Filing 153) is denied without prejudice.

　　　Dated this 3rd day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge