IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TERRY L. SCHWARCK, <br><br> Defendant. | 4:11CR3031 <br><br> **ORDER** |

Because I agree with the thoughtful recommendation of the Probation Officer (Filing 156),

IT IS ORDERED that:

(1) Subject to the stay set forth in paragraph 2, the Defendant's motion for compassionate release (Filing 148) is granted, and a "time served" prison sentence is granted.

(2) There being a verified residence (Granbury, Texas) and an appropriate release plan in place, *this Order is stayed* for up to fourteen days to make appropriate travel arrangements and to ensure the Defendant's safe release. The Defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the Defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the Defendant's safe release, then the parties shall immediately notify me and show cause why the stay should be extended.

(3) The Probation Officer from the District of Nebraska shall coordinate with the Probation Officer in Texas and the Bureau of Prisons to effectuate this Order. Counsel for the defendant shall also assist if necessary.

(4)     The Clerk's Office shall immediately provide a copy of this Order, as well as the accompanying Judgment, to Alicia A. Friedman, Senior United States Probation and Pretrial Services Officer, who shall in turn provide copies to her colleagues in Texas.

(5)     A separate Judgment (containing updated conditions of supervised release) will be filed with this Order.

(6)     The Clerk's Office shall hand-deliver a copy of this Order and Judgment to the United States Marshals Service and the Marshals Service shall expedite transmission of both documents to the Bureau of Prisons.

Dated this 21st day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge